UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In the Matter of:

A-FRAME AWARDS, INC.,            Case No. 16-30391-dof
                                           Chapter 11
        Debtor.                    Hon. Daniel S. Opperman
_____/

**MICHIGAN UNEMPLOYMENT INSURANCE AGENCY'S OBJECTION TO CONFIRMATION OF DEBTOR'S COMBINED PLAN AND DISCLOSURE STATEMENT (DOC. NO. 48)**

The Michigan Unemployment Insurance Agency ("Agency") by its attorneys, Bill Schuette, Attorney General, and Zachary A. Risk, Assistant Attorney General, files this objection to confirmation of the Combined Plan and Disclosure Statement of A-Frame Awards, Inc. (Doc. No. 48) ("Plan") and states:

    1.    The Debtor filed its petition under Chapter 11 of the Bankruptcy Code.

    2.    The business activities of the Debtor result in liabilities to the Agency for unemployment taxes pursuant to Mich. Comp. Laws § 421.1, *et seq*.

    3.    The Agency filed a pre-petition claim in the amount of $11,695.32 (claim no. 6-1), $0.00 of which is secured.

4. The Agency filed an administrative claim in the amount of $6,647.94 (claim no. 7-1).

5. The Debtor filed its Plan on August 22, 2016 (Doc. No. 48).

6. Section 511 from the Bankruptcy Abuse Prevention and Consumer Protection Act, 11 U.S.C. § 511 determines the rate of interest on tax claims. Section 511 states:

> "If any provision of this title requires the payment of interest on a tax claim or on an administrative expense tax, or the payment of interest to enable a creditor to receive the present value of the allowed amount of a tax claim, the rate of interest shall be the rate determined under applicable nonbankruptcy law."

For the Agency, that rate of interest is one percent (1%) per month (twelve percent (12%) per annum) pursuant to Mich. Comp. Laws § 421.15.

7. The Agency's tax claim must be paid under Bankruptcy Code 11 U.S.C. §1129(9)(C) with interest as set forth under 11 U.S.C. § 511.

## Objection

8. The Agency files this objection to confirmation of the Plan insofar as the Plan fails to specifically acknowledge the Agency's claim amounts—both administrative and pre-petition—and that such claims are allowed claims.

9. The Plan also fails to expressly provide for the statutory interest at the established one percent (1%) per month (twelve percent (12%) per annum) pursuant to Mich. Comp. Laws § 421.15.

10. Finally, the Agency files this objection to the Plan to the extent that the Plan fails to include sufficient default and conversion language. The Agency proposes the following language to be included in the Plan:

- **Upon the failure of the Debtor to make any payments due on an administrative, secured, or priority tax claim that is not cured within 30 days of the mailing of a written notice of default by the Creditor, such Creditor may exercise all rights and remedies available under non-bankruptcy law for the collection of its entire claim and/or seek appropriate relief in this Court.**

- **In the event of a conversion of this case to a Chapter 7 proceeding, all property of the Debtor, Debtor-in-Possession, or Reorganized Debtor, including all property which will revest in the Reorganized Debtor pursuant to confirmation of the plan of reorganization and all property acquired by the Reorganized Debtor subsequent to plan confirmation, shall be property of the Chapter 7 Estate.**

## Relief Requested

WHEREFORE, the Michigan Unemployment Insurance Agency requests that confirmation of Debtor's Plan be denied, that the Plan be modified to address these objections, and that the Michigan Unemployment Insurance Agency be granted such additional relief as is just and proper.

Respectfully submitted,

Bill Schuette
Attorney General

/s/ Zachary A. Risk
Zachary A. Risk
Assistant Attorney General
Attorneys for Plaintiff
Labor Division
3030 W. Grand Blvd.,
Suite 9-600
Detroit, MI 48202
(313) 456-2200
riskz1@michigan.gov
(P75392)

Dated: September 28, 2016